# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**RENORIAL IVY**                                                             **PLAINTIFF**

**v.**                                          **No. 1:17CV7-SA-DAS**

**WARDEN MARSHALL TURNER, ET AL.**                     **DEFENDANTS**

## ORDER OF DISMISSAL

As the plaintiff has filed a Notice of Voluntary Dismissal, the instant case is **DISMISSED** without prejudice. As a result of the dismissal, the pending motion [2] to proceed as a pauper is **DISMISSED** as moot.

**SO ORDERED**, this, the 9th day of March, 2017.

                                                                            **/s/ Sharion Aycock**
                                                                            **U.S. DISTRICT JUDGE**